# United States Court of Appeals
## For the First Circuit

No. 14-1171

PAUL M. JONES

Plaintiff - Appellant

v.

ABLITT LAW OFFICES, P.C.; MATTHEW R. BRAUCHER; TIFFANY SKAIFE; LEON DANIELS; MELISSA FLANAGAN; GOODWIN PROCTER LLP; MARK BISHOP; AMANDA FARRAR; PAUL CONNOLLY; MATHEW J. THALER; ANNMARIE CASSANO; STEPHANIE WHITED; ERIN M. MICHAEL; RICHARD A. OETHEIMER; BANK OF NEW YORK, Trustee for Certificate Holders; WALTER H. PORR, JR.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; CWABS, INC.; BANK OF AMERICA; SANDRA J. ROBINSON

Defendants - Appellees

OPTIMA MORTGAGE

Defendant

**MANDATE**

Entered: November 3, 2022

    In accordance with the judgment of October 12, 2022, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Matthew R. Braucher, Theodore W. Connolly, Henry C. Dinger, Stewart F. Grossman, Jill K. Hauff, Paul M. Jones, David S. Kantrowitz, Walter Harley Porr Jr., Neil David Raphael, David J. Reier